[This opinion has been published in *Ohio Official Reports* at 86 Ohio St.3d 174.]

THE STATE EX REL. COLUMBUS SOUTHERN POWER COMPANY, APPELLEE, *v.* RYAN; INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLANTS.

[Cite as *State ex rel. Columbus S. Power Co. v. Ryan*, 1999-Ohio-143.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 94-2311—Submitted May 4, 1999—Decided July 28, 1999.)

APPEAL from the Court of Appeals for Franklin County, No. 93APD09-1303.

————————————

*Larry S. Sauer,* for appellee.

*Betty D. Montgomery*, Attorney General, and *Yolanda V. Vorys*, Assistant Attorney General, for appellants.

————————————

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————